

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BERNARDO L. GONZALEZ, | § | No. 08-19-00004-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| MOMENTUM DESIGN & CONSTRUCTION, INC., | § | of El Paso County, Texas |
| | § | (TC# 2018-DCV-3826) |
| Appellee. | | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's order dismissing Appellant's claims against Appellee. We therefore reverse the trial court's order of dismissal and remand the case for further proceedings.

We further order that Appellant recover from Appellee the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF SEPTEMBER, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
Alley, J., dissenting